CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Ste. 200
San Diego, CA 92111
amandas@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (626) 765-7625

Attorneys for Plaintiff,
RICHARD KONOPACKI

*[Additional Counsel on Next Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Konopacki**, | Case No.: 2:19-cv-02076-JAM-DMC |
| Plaintiff, | |
| v. | **Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| **Reed's Ranch Market Inc.** | |
| Defendant. | |

1

Stipulation for Dismissal

1  Gary E. Haslerud (SBN: 178023)
2  HASLERUD LAW OFFICE
   410 Hemsted Drive, Suite 220
3  Redding, CA 96002
4  Telephone: (530) 605-1418
   Fax: (530) 419-2252
5
6  Attorney for Defendant,
7  REED'S RANCH MARKET, INC.

TO THE COURT AND ALL INTERESTED PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Richard Konopacki and Defendant Reed's Ranch Market Inc. that the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: May 11, 2021

By: /s/ Michelle Uzeta
Michelle Uzeta, Esq.
Attorneys for Plaintiff,
Richard Konopacki

Dated: May 11, 2021    HASLERUD LAW OFFICE

By: /s/ Gary E. Haslerud
Gary E. Haslerud
Attorneys for Defendant,
Reed's Ranch Market Inc.

Stipulation for Dismissal

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

Dated:  May 11, 2021

By:  /s/ Michelle Uzeta
     Michelle Uzeta, Esq.
     Attorneys for Plaintiffs